No. 648. VINSON, ADMINISTRATOR, ET AL. v. GRAHAM ET AL. March 2, 1931. Petition for writ of certiorari to

the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, W. E. Stanley, Peter Q. Nyce, Austin M. Cowan, Malcolm E. Rosser,* and *Thomas H. Owen* for petitioners. *Messrs. John H. Brennan* and *Elmer J. Lundy* for respondents.